# Court of Appeals
# of the State of Georgia

ATLANTA,  February 02, 2023

*The Court of Appeals hereby passes the following order:*

## A23A0900. LLOYD AIELLO v. THE STATE.

In January 2022, Lloyd Aiello entered a non-negotiated guilty plea to thirteen counts of incest, eight counts of rape, and nine counts of aggravated sexual battery. Aiello filed a pro se motion to withdraw guilty plea on July 15, 2022.[1] Because the motion to withdraw the guilty plea was filed outside the term of court in which the sentence was entered, the trial court dismissed the motion on July 26, 2022. On November 7, 2022, Aiello filed a notice of appeal. We lack jurisdiction.

A notice of appeal must be filed within 30 days after entry of the order to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. See *Davis v. State*, 330 Ga. App. 711, 711 (769 SE2d 133) (2015). Because Aiello's notice of appeal was filed 104 days after the order he seeks to appeal, it is untimely. Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  02/02/2023*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*

---

[1] See OCGA § 15-6-3 (34) (D) (noting that Grady County Superior Court terms of court commence on the third Monday in March and September); *Sims v. State*, 312 Ga. 303, 305 (862 SE2d 507) (2021).